

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00324-CV

**IN THE INTEREST OF A.A.M. AND R.M.M., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00737
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is GRANTED. Appellant's motion is deemed timely filed as of July 15, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court